UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD D. SORTLAND, et al.,

    Plaintiffs,

CASE NO. 1:19-CV-644

v.

HON. ROBERT J. JONKER

UNKNOWN COLOMBEL-SINGH,
et al.,

    Defendants.
_____/

## ORDER OF REFERENCE

The captioned case is referred to Magistrate Judge Ray Kent for all pretrial purposes. The magistrate judge shall decide all nondispositive motions and conduct all necessary conferences pursuant to 28 U.S.C. §636(b)(1)(A). The magistrate judge shall file a report and recommendation on all dispositive matters under 28 U.S.C. §636(b)(1)(B).

Date:   August 14, 2019            /s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                                 CHIEF UNITED STATES DISTRICT JUDGE