**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ronald D. Sortland | 1:19-cv-644 |
| DEFENDANT | TYPE OF PROCESS |
| Unknown Colombel-Singh | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY
Social Security Field Office
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
455. Bond St. Benton Harbor, MI 49022

FILED - GR
September 24, 2019 8:31 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns SCANNED BY: TB 9/24/19

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Ronald D. Sortland
1016 Lausman Drive
St. Joseph, MI 49085

Virgina Sortland
1016 Lausman Drive
St. Joseph, MI 49085

| Number of process served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                                                                                                                Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 040 | No. 040 | BRANDON LALLY | 09/19/2019 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

See attached proof of service

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80




9590 9402 4223 8121 5252 30

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

**U.S. Department of Justice
United States Marshals Service
Western District of Michigan
110 Michigan Ave NW 5th Floor
Grand Rapids, MI 49503**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

-236599

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

D. Patrick
Social Security Field Office
455 Bond St.
Benton Harbor, MI 49022

9590 9402 4223 8121 5252 30

2. Article Number *(Transfer from service label)*

7018 0040 0000 5790 9482

1:19-CV-644

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Peggy Freundt
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
Peggy Freundt

C. Date of Delivery
9-9-19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

USM-WMI'19SEP11AM11:24

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Unknown Colonbel-Singh
Social Security field office
455 Bond St.
Benton Harbor, MI 49022

9590 9402 4223 8121 5252 47

2. Article Number (Transfer from service label)

7018 0040 0000 5790 9499

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Peggy Freundt
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Peggy Freundt

C. Date of Delivery
9-9-19

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

USM-WMI'19SEP11AM11:24

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   1:19-CV-644   Domestic Return Receipt