UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| RONALD D. SORTLAND, and<br>VIRGINIA S. SORTLAND, | Case No. 1:19-cv-644 |
| Plaintiffs, | Hon. Robert J. Jonker<br>Chief United States District Judge |
| v. | |
| MS. COLOMBEL-SINGH, and<br>MS. D. PATRICK, | Hon. Ray Kent<br>United States Magistrate Judge |
| Defendants. | |

## **CERTIFICATE OF CONCURRENCE**

Pursuant to Local Civil Rule 7.1(d), counsel for the Defendants contacted Plaintiffs to explain the nature of the motion and request concurrence by telephone. Plaintiffs indicated that they do not oppose this motion.

                                              ANDREW BYERLY BIRGE
                                              United States Attorney

Dated: December 2, 2019        */s/ Nicole Mazzocco*
                                              NICOLE MAZZOCCO
                                              Assistant United States Attorney
                                              P.O. Box 208
                                              Grand Rapids, Michigan 49501-0208
                                              (616) 456-2404
                                              nicole.mazzocco@usdoj.gov
                                              Attorneys for Defendants