UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD D. SORTLAND, and
VIRGINIA S. SORTLAND,

    Plaintiffs,

v.

MS. COLOMBEL-SINGH, and
MS. D. PATRICK,

    Defendants.
_____/

Case No. 1:19-cv-644

Hon. Robert J. Jonker
Chief United States District Judge

Hon. Ray Kent
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 2, 2019, she caused to be mailed a copy of **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER OR OTHERWISE PLEAD, proposed ORDER FOR EXTENSION OF TIME, and CERTIFICATE OF CONCURRENCE** via First Class U.S. Mail in the above-captioned matter to:

| | |
|---|---|
| Ronald D. Sortland<br>1016 Lausman Drive<br>St. Joseph, MI 49085 | Virginia S. Sortland<br>1016 Lausman Drive<br>St. Joseph, MI 49085 |

ANDREW BYERLY BIRGE
United States Attorney

Dated: December 2, 2019

*/s/ Nicole Mazzocco*
NICOLE MAZZOCCO (P72354)
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Nicole.Mazzocco@usdoj.gov