UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD D. SORTLAND, and
VIRGINIA S. SORTLAND,

        Plaintiffs,

v.

MS. COLOMBEL-SINGH, and
MS. D. PATRICK,

        Defendants.
_____/

Case No. 1:19-cv-644

Hon. Robert J. Jonker
Chief United States District Judge

Hon. Ray Kent
United States Magistrate Judge

## DEFENDANTS' MOTION TO DISMISS, OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT

Defendants Ms. Colombel-Singh and Ms. D. Patrick move to dismiss this action under Federal Rules of Civil Procedure 12(b)(1) and (b)(6).  In the alternative, Defendants move for summary judgment under Federal Rule of Civil Procedure 56.  In support of their motion, Defendants rely upon the accompanying brief.

Under W.D. Mich. Civ. R. 7.1(d), Defendants sought Plaintiffs' concurrence in the relief requested.  Plaintiffs advised that they intend to oppose this motion.

        Respectfully submitted,

        ANDREW BYERLY BIRGE
        United States Attorney

Dated:  December 13, 2019

        */s/ Nicole Mazzocco*
        NICOLE MAZZOCCO
        Assistant United States Attorney
        P.O. Box 208
        Grand Rapids, Michigan 49501-0208
        (616) 456-2404
        nicole.mazzocco@usdoj.gov
        Attorneys for Defendants