UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

RONALD D. SORTLAND, and
VIRGINIA S. SORTLAND,

        Plaintiffs,

v.

MS. COLOMBEL-SINGH, and
MS. D. PATRICK,

        Defendants.

Case No. 1:19-cv-644

Hon. Robert J. Jonker
Chief United States District Judge

Hon. Ray Kent
United States Magistrate Judge

_____/

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Civil Rule 7.2(b)(ii), the undersigned certifies that the Brief in Support of Defendants' Motion to Dismiss or, Alternatively, For Summary Judgment complies with the type-volume limitation and contains no more than 10,800 words as provided by Local Civil Rule 7.2(b)(i). A word count was made using Word 2016 and the brief contains 9,224 words.

ANDREW BYERLY BIRGE
United States Attorney

Dated: December 13, 2019

*/s/ Nicole Mazzocco*
NICOLE MAZZOCCO
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404
nicole.mazzocco@usdoj.gov
Attorneys for Defendants