UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RONALD D. SORTLAND, and<br>VIRGINIA S. SORTLAND,<br><br>            Plaintiffs,<br><br>v.<br><br>MS. COLOMBEL-SINGH, and<br>MS. D. PATRICK,<br><br>            Defendants.<br>_____/ | Case No. 1:19-cv-644<br><br>Hon. Robert J. Jonker<br>Chief United States District Judge<br><br>Hon. Ray Kent<br>United States Magistrate Judge |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 13, 2019, she caused to be mailed a copy of **DEFENDANTS' MOTION TO DISMISS, OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT, BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT, and CERTIFICATE OF COMPLIANCE** via First Class U.S. Mail in the above-captioned matter to:

Ronald D. Sortland  
1016 Lausman Drive  
St. Joseph, MI 49085

Virginia S. Sortland  
1016 Lausman Drive  
St. Joseph, MI 49085

ANDREW BYERLY BIRGE  
United States Attorney

Dated: December 13, 2019

*/s/ Nicole Mazzocco*  
NICOLE MAZZOCCO (P72354)  
Assistant United States Attorney  
P.O. Box 208  
Grand Rapids, MI 49501-0208  
(616) 456-2404  
Nicole.Mazzocco@usdoj.gov