UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD D. SORTLAND, and
VIRGINIA S SORTLAND,

Case No. 1:19-cv-644

Plaintiffs,

Hon. Robert J. Jonker
Chief United States District Judge

v

MS. COLOMBEL-SINGH, and
MS. D PATRICK.

Hon. Ray Kent
United States Magistrate Judge

Defendants

_____/

## ORDER FOR EXTENSION OF TIME

This matter having come before the Court on the Motion of the Plaintiffs for an extension of time, and the Court being fully advised in the premises:

IT IS ORDERED that the Plantiffs may have an extension of time until January 27, 2020, to respond to the MOTION TO DISMISS, OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT in this matter..

Dated:  Jan. 10, 2020

/s/ Ray Kent
RAY KENT
United States Magistrate Judge